

FILED
CLERK, U.S. DISTRICT COURT

OCT 27 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | 14-MJ-2114 |
| JONATHAN BEN CHRISTOPHER BRISCO | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of _Defendant_, IT IS ORDERED that a detention hearing is set for _October 29, 2014_, _____, at _10:00_ ☒a.m. / ☐p.m. before the Honorable _Jean P. Rosenbluth_, in Courtroom _827-A_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: _10/27/14_                    _/s/ Jean Rosenbluth_
                                      U.S. ~~District Judge~~/Magistrate Judge

---

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

CR-66 (10/97)                                                          Page 1 of 1