FILED
CLERK, U.S. DISTRICT COURT

OCT 2 9 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 14-2114M |
| Plaintiff, ) | |
| vs. ) | ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Jonathan Ben Christopher Brisco ) | |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Arizona_ for alleged violation(s) of the terms and conditions of (his)/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (✓) The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _apparent recent substance abuse, no known_

1  *employment, unstable residence, prior revocation and*
2  *current allegations, including leaving district w/o notifying*
3  *probation officer, demonstrates inability to comply w/*
   *requirements of supervision*
4  and/or

5  B. ( ) The defendant has not met his/her burden of establishing by
6  clear and convincing evidence that he/she is not likely to pose
7  a danger to the safety of any other person or the community if
8  released under 18 U.S.C. § 3142(b) or (c). This finding is based
9  on: _____
10 _____
11 _____
12 _____

14 IT THEREFORE IS ORDERED that the defendant be detained pending
15 the further revocation proceedings.

17 Dated: 10/29/14                    /s/ Jean Rosenbluth
                                       JEAN ROSENBLUTH
18                                     U.S. MAGISTRATE JUDGE